**Alma MAYHUE, Plaintiff-Appellant,**

v.

**Robert H. FINCH, Secretary of Health, Education & Welfare, Defendant-Appellee.**

No. 93–69.

United States Court of Appeals
Tenth Circuit.

Nov. 10, 1969.

James P. Johnston, of Sowers, Sowers, Carson & Johnston, Wichita, Kan., for plaintiff-appellant.

Bernard V. Borst, Asst. U. S. Atty. (Benjamin E. Franklin, U. S. Atty., on the brief), for defendant-appellee.

Before BREITENSTEIN, HILL and HOLLOWAY, Circuit Judges.

PER CURIAM.

The judgment is affirmed on the basis of the opinion of the district court. See Mayhue v. Gardner, D.C.Kan., 294 F. Supp. 853.

■

**Carl WHEELER, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 22979.

United States Court of Appeals
Ninth Circuit.

Oct. 22, 1969.

Allen J. Kent (argued), of Carroll & Anderson, Indio, Cal., for appellant.

Ralph A. Fine (argued), Edwin L. Weisl, Jr., Asst. Atty. Gen., Morton Hollander, Atty., Dept. of Justice, Washington, D. C., Edwin L. Miller, Jr., U. S. Atty., San Diego, Cal., for appellee.

Before DUNIWAY and HUFSTEDLER, Circuit Judges, and BYRNE,* District Judge.

PER CURIAM:

The judgment appealed from is affirmed on the authority of Feres v. United States, 1950, 340 U.S. 135, 71 S.Ct. 153, 95 L.Ed. 152 and United States v. Lee, 9 Cir., 1968, 400 F.2d 558, cert. denied, 393 U.S. 1053, 89 S.Ct. 691, 21 L.Ed.2d 695.